SEYFARTH SHAW LLP
M. Ryan Pinkston (SBN 310971)
rpinkston@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiffs
PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* ILWU-PMA
WELFARE PLAN and ILWU-PMA WELFARE PLAN

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>DAVID GOMEZ,<br><br>        Debtor. | Case No. 19-14066<br><br>Adv. No. 2:19-ap-01221-BB<br><br>CHAPTER 7 |
| PEOPLE OF THE STATE OF CALIFORNIA ex rel. ILWU-PMA WELFARE PLAN and ILWU-PMA WELFARE PLAN,<br><br>        Plaintiffs,<br><br>  v.<br><br>DAVID GOMEZ,<br><br>        Defendant. | Honorable Sheri Bluebond<br><br>**NOTICE OF CONTINUED STATUS CONFERENCE**<br><br>Date:     December 15, 2026<br>Time:    2:00 p.m.<br>Location: 255 E. Temple St., Ctrm. 1539<br>            Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE** that the Court has scheduled a Continued Status Conference on December 15, 2026 at 2:00 p.m. in Courtroom 1539 located at 255 E. Temple Street, Los Angeles, California 90012, before Judge Sheri Bluebond.  Plaintiff shall file an updated status report on or before December 4, 2026.

DATED: May 27, 2026                Respectfully submitted,

                                 SEYFARTH SHAW LLP

                                 By: /s/ M. Ryan Pinkston
                                    M. Ryan Pinkston

                                 Attorneys for People of the State of California *ex rel.*
                                 ILWU-PMA Welfare Plan and ILWU-PMA Welfare Plan

94811165v.1

NOTICE OF CONTINUED STATUS CONFERENCE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
560 Mission Street, Suite 3100, San Francisco, California 94105

A true and correct copy of the foregoing document entitled: **NOTICE OF CONTINUED STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 5/27/2026___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Peter J. Mastan (TR) (peter.mastan@dinsmore.com; pmastan@iq7technology.com; travis.terry@dinsmore.com)

Trustee (LA) (ustpregion16.la.ecf@usdoj.gov)

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On *(date)* 5/27/2026___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

David Gomez, 3419 S. Denison Avenue, San Pedro, California 90731

Hon. Sheri Bluebond, United States Bankruptcy Court,  Central District of California, 255 E. Temple Street, Suite 1534/Courtroom 1539, Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 5/27/2026 | Janine McDermott | |
| *Date* | *Printed Name* | *Signature* |

326153456v.1